**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-32-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TREVION MAURICE JONES, | |
| Defendant. | |

Before the Court is Defendant Trevion Jones' motion in *limine* to limit the testimony of the Government's witness, Billings Police Department Sgt. Bret Becker, filed February 27, 2021. (Doc. 45). On March 9, 2021, the Government provided notice that it no longer intends to present the testimony of Sgt. Becker. (Doc. 48). Therefore, Jones' motion in *limine* is now moot.

IT IS HEREBY ORDERED that Jones' motion in *limine* (Doc. 45) is **DENIED** as moot.

//

1

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 22nd day of March, 2021.

Susan P. Watters

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

2