IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-32-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TREVION MAURICE JONES, | |
| Defendant. | |

Upon the United States' Motion to Dismiss with Prejudice the Forfeiture Allegation (Doc. 63) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of September, 2021.

SUSAN P. WATTERS
United States District Court Judge

1