IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVION MAURICE JONES,<br><br>Defendant. | CR 20-32-BLG-SPW<br><br>SCHEDULING ORDER |

Defendant Trevion Maurice Jones moves the Court to reduce the sentence under 18 U.S.C. § 3582(c)(1)(A). His currently projected release date is April 3, 2025. *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed January 31, 2023).

On June 17, 2021, Chief Judge Morris appointed the Federal defenders of Montana to review all cases involving defendants represented by appointed counsel under the Criminal Justice Act "to determine which defendants may qualify for relief under 18 U.S.C. § 3582(c)." Standing Order BMM-13 at 1-2 ¶

1

1(a) (D. Mont. June 17, 2021), *available at* https://www.mtd.uscourts.gov/standing-orders.

Defendant Trevion Maurice Jones was eligible for representation under the Criminal Justice Act. *See* Order (Doc. 5). Counsel will be appointed to file an amended motion.

Accordingly, IT IS ORDERED:

1. Trevion Maurice Jones's Motion to reduce the sentence (Doc. 65) is STAYED.

2. The Federal Defenders shall promptly locate conflict-free counsel to represent Trevion Maurice Jones.

3. Counsel shall immediately file a Notice of Appearance on Trevion Maurice Jones's behalf. Upon filing, counsel is APPOINTED, retroactive to the date of this Order.

4. The United States shall promptly request and relay to counsel the pertinent medical records, educational or vocational records, disciplinary history, all requests to the Warden for compassionate release, and any responses from the Warden or Bureau of Prisons related to Trevion Maurice Jones's request(s).

5. Within 60 days of the date of this Order, counsel must file an amended motion.

6. Briefing on the amended motion shall proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 31st day of January, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge